**STATE v. BURNS**

[347 N.C. 349 (1997)]

STATE OF NORTH CAROLINA v. RICHARD LEE BURNS

No. 118A97

(Filed 7 November 1997)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, 125 N.C. App. 616, 483 S.E.2d 194 (1997), awarding defendant a new trial in cases tried before Martin (Jerry Cash), J., in Superior Court, Forsyth County, which resulted in convictions and judgments of imprisonment for attempted incest, first-degree sexual offense, and taking indecent liberties with a minor. On 8 May 1997 the Supreme Court allowed discretionary review of additional issues. Heard in the Supreme Court 16 October 1997.

*Michael F. Easley, Attorney General, by Jill B. Hickey, Assistant Attorney General, for the State-appellant.*

*Lawrence J. Fine for defendant-appellee.*

PER CURIAM.

AFFIRMED.